UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALESSANDRA MADERNI and
DREAMOLOGY LABS, INC.,
     Plaintiffs,

v.                                 Case No.:

PIERFRANCESCO VAGO,
MSC CRUISES (USA) LLC, and
MSC CRUISES S.A.,
     Defendants.

## NOTICE OF FILING SUMMONSES

Plaintiffs, ALESSANDRA MADERNI and DREAMOLOGY LABS, INC., by and through undersigned counsel, hereby file the following proposed Summonses:

1.  Summons for Defendant MSC Cruises (USA) LLC;

2.  Summons for Defendant MSC Cruises S.A.; and

3.  Summons for Defendant Pierfrancesco Vago.

The Summonses were inadvertently omitted from Plaintiffs' initial filing of the Complaint. Plaintiffs respectfully submit them now for issuance by the Clerk.

Dated: _____, 2026.

Respectfully submitted,

*/s/ Anthony F. Sabatini*
ANTHONY F. SABATINI
Florida Bar No. 1018163
SABATINI LAW FIRM, P.A.
1601 E. 1st Avenue
Mount Dora, Florida 32757
Telephone: (352) 508-9040
anthony@sabatinilegal.com
Counsel for Plaintiffs

1