AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| ALESSANDRA MADERNI and DREAMOLOGY LABS, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> PIERFRANCESCO VAGO, MSC CRUISES (USA) LLC, and MSC CRUISES S.A. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:26-cv-23846-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PIERFRANCESCO VAGO
Eugène-Pittard 16, CH-1206
Geneva, Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony F. Sabatini
Sabatini Law Firm, P.A.
1601 E. 1st Avenue
Mount Dora, FL 32757

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 2, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| ALESSANDRA MADERNI and DREAMOLOGY LABS, INC. | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) | Civil Action No. **26-cv-23846-DPG** |
| PIERFRANCESCO VAGO, MSC CRUISES (USA) LLC, and MSC CRUISES S.A. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MSC CRUISES (USA) LLC
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony F. Sabatini
Sabatini Law Firm, P.A.
1601 E. 1st Avenue
Mount Dora, FL 32757

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ___Jun 2, 2026___

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| ALESSANDRA MADERNI and DREAMOLOGY LABS, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> PIERFRANCESCO VAGO, MSC CRUISES (USA) LLC, and MSC CRUISES S.A. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  26-cv-23846-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PIERFRANCESCO VAGO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony F. Sabatini
> Sabatini Law Firm, P.A.
> 1601 E. 1st Avenue
> Mount Dora, FL 32757

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 2, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court